IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRUSTEES OF CENTRAL LABORERS' PENSION, WELFARE & ANNUITY FUNDS, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| VS. | ) ) CIVIL NO. 3:07-cv-310-DGW |
| O'DANIEL TRUCKING COMPANY, | ) ) ) |
| Defendant. | ) |

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that pursuant an Order entered by United States Magistrate Judge Donald G. Wilkerson on September 25, 2007, the above-captioned action is DISMISSED with prejudice.

IT IS SO ORDERED.

DATED:    November 27, 2007

**NORBERT G. JAWORSKI,  CLERK**

**BY: S/Robin Butler**
        **Deputy Clerk**

**Approved by** *s/Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**